UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARISELA MONTES et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-00236-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR AN ORDER TO SHOW CAUSE<br><br>(Doc. Nos. 9, 10, 13) |

　　　　Plaintiff Andrew S. Andersen is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 13, 2016, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's requests for injunctive relief be denied. (Doc. No. 13.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days. Over thirty days have passed, and no objections have been filed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendation to be supported by the record and by proper analysis.

Accordingly,

1. The December 13, 2016 findings and recommendations (Doc. No. 13) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 9) and motion for an order to show cause why a preliminary injunction should not be issued (Doc. No. 10) are denied without prejudice as premature.

IT IS SO ORDERED.

Dated:   **January 30, 2017**

UNITED STATES DISTRICT JUDGE