UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARISELA MONTES, et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-00236-DAD-SAB<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND AMENDED MOTION FOR RECONSIDERATION<br><br>(Doc. Nos. 16, 17) |

On March 8, 2017 and March 14, 2017, plaintiff filed and then amended a motion for reconsideration of the order denying his last motion for reconsideration. (Doc. Nos. 16, 17.) The court has already distinguished this case from the class action brought in *Johnson v. Shaffer*, Case No. 2:12-cv-1059 KJM AC P. Whether plaintiff intended to cite to the November 1, 2013 order on class certification and summary judgment in that case, *see* 2013 WL 5934156, or to the December 3, 2014 order addressing the motion for judgment on the pleadings in that action, *see* 2014 WL 6834019, is of no significance and has no impact upon this court's prior order.

Accordingly plaintiff's motion and amended motion for reconsideration (Doc. Nos. 16, 17) are denied.

IT IS SO ORDERED.

Dated: **May 5, 2017**　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1